THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> BP AMERICA, INC., *et al.*, § <br> § <br> *Defendants.* § | Civil Action No. 2:11-cv-00407-MHS <br><br> Jury Trial Demanded |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Stipulated Motion for Dismissal with Prejudice (Doc. No. 287) of all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC ("LBSI") and Defendants BP America Inc. and McDonald's Corporation is **GRANTED**.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff LBSI and Defendants BP America Inc. and McDonald's Corporation are hereby **DISMISSED WITH PREJUDICE** as to all claims that were or could have been brought in this lawsuit related to current or past activities, but such dismissal with prejudice does not apply to any future claims based upon new activity occurring after this dismissal.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**IT IS SO ORDERED**.

SIGNED this 9th day of October, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE